

Rebekah R. Conroy
rconroy@stoneconroy.com

October 30, 2023

**Via ECF**
Honorable James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey
MLK Courthouse
50 Walnut Street
Newark, New Jersey 07107

      Re:   *AXSOME MALTA LTD. et al v. ALKEM LABORATORIES LTD. et al*
             *Consolidated Civil Action No. 23cv20354 (JBC)MCA)*

Dear Judge Clark:

      This office is counsel to Defendant Alkem Laboratories, Ltd. Enclosed please find a proposed Stipulation, executed by the parties, extending to December 18, 2023 the date by which Alkem may file its response to the Complaint in this matter.

      If the proposed Stipulation meets with your approval, we ask that you enter your "So Ordered" and forward it to the Clerk's Office for filing. We thank the Court for its attention to this matter.

      Respectfully yours,

      /s/ Rebekah R. Conroy
      Rebekah R. Conroy

Encl.
cc: Counsel of record via ECF
RRC/btr

25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel 973-400-4181 / Fax 973-498-0070
www.stoneconroy.com