Kaan Ekiner
**COZEN O'CONNOR**
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
kekiner@cozen.com

*Attorneys for Defendants Hetero USA Inc.,*
*Hetero Labs Limited Unit-V, and*
*Hetero Labs Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AXSOME MALTA LTD. and ASXOME THERAPEUTICS, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD., HIKMA PHARMACEUTICALS USA, INC., SANDOZ INC., and UNICHEM LABORATORIES LTD.,<br><br>  Defendants. | Civil Action No. 2:23-cv-20354-MCA-JBC |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Kaan Ekiner, an attorney with the firm Cozen O'Connor, hereby appears as counsel for Defendants Hetero USA Inc., Hetero Labs Limited Unit-V, and Hetero Labs Ltd. in the above-captioned matter, and requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated:  November 3, 2023   Respectfully submitted,

*s/ Kaan Ekiner*
Kaan Ekiner (027582011)
**COZEN O'CONNOR**
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
kekiner@cozen.com

*Attorneys for Defendants Hetero USA Inc.,*
*Hetero Labs Limited Unit-V, and*
*Hetero Labs Ltd.*

**CERTIFICATE OF SERVICE**

I, Kaan Ekiner, hereby certify that on November 3, 2023, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Kaan Ekiner*
Kaan Ekiner