Kaan Ekiner
**COZEN O'CONNOR**
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
kekiner@cozen.com

*Attorneys for Defendants Hetero USA Inc.,*
*Hetero Labs Limited Unit-V, and*
*Hetero Labs Ltd.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME MALTA LTD. and ASXOME THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD., HIKMA PHARMACEUTICALS USA, INC., SANDOZ INC., and UNICHEM LABORATORIES LTD., <br><br> Defendants. | Civil Action No. 2:23-cv-20354-MCA-JBC |

**DEFENDANTS HETERO USA INC., HETERO LABS LIMITED UNIT-V, AND HETERO LABS LTD.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Hetero USA Inc., Hetero Labs Limited Unit-V, and Hetero Labs Ltd., by and through their undersigned counsel, respectfully submit this Disclosure Statement and state as follows:

Defendant Hetero USA Inc. certifies that its parent corporations are Hetero Labs Ltd. and Hetero Drugs Ltd., which each own a 50% share of Hetero USA Inc.

Defendant Hetero Labs Limited Unit-V certifies that it is not a distinct entity, but rather a division of Hetero Labs Ltd.

Defendant Hetero Labs Ltd. certifies that Hetero Drugs Ltd. and Hetero Labs Ltd. are separate entities. Hetero Drugs Ltd. does not own 10% or more of the stock of Hetero Labs Ltd.

No publicly held corporation owns 10% or more of the stock of Hetero USA Inc., Hetero Labs Limited Unit-V, or Hetero Labs Ltd.

Dated: November 3, 2023

Respectfully submitted,

*s/ Kaan Ekiner*
Kaan Ekiner (027582011)
**COZEN O'CONNOR**
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
kekiner@cozen.com

*Attorneys for Defendants Hetero USA Inc., Hetero Labs Limited Unit-V, and Hetero Labs Ltd.*

## CERTIFICATE OF SERVICE

I, Kaan Ekiner, hereby certify that on November 3, 2023, a true and correct copy of the foregoing **DEFENDANTS HETERO USA INC., HETERO LABS LIMITED UNIT-V, AND HETERO LABS LTD.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Kaan Ekiner*
Kaan Ekiner
