**KRATZ & BARRY LLP**
R Touhey Myer (NJ Bar ID 028912009)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*

Timothy H. Kratz
*(Pro Hac Vice Anticipated)*
George J. Barry III
*(Pro Hac Vice Anticipated)*
**KRATZ & BARRY LLP**
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com

Michael P. Hogan
*(Pro Hac Vice Anticipated)*
325 Chestnut Street, Suite 883, #259
Philadelphia, PA 19106
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendant,*
*Unichem Laboratories Limited*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| AXSOME MALTA LTD., and AXSOME THERAPEUTICS, INC. | : : : : | |
| Plaintiffs, | : : | C.A. No. 2:23-cv-20354-MCA-JBC |
| v. | : : : | |
| ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD., HIKMA PHARMACEUTICALS USA INC., SANDOZ INC., and UNICHEM LABORATORIES LIMITED, | : : : : : : : | **STATEMENT IN LIEU OF BRIEF PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)** |
| Defendants. | : : | |

2

Pursuant to Local Civil Rule 7.1(d)(4), no brief in support of the motion brought by Defendant, Unichem Laboratories Limited for the admission *pro hac vice* of Timothy H. Kratz and Michael P. Hogan of the law firm of Kratz & Barry LLP is necessary because there are no legal issues as to the relief sought therein.

Dated: November 28, 2023                              Respectfully submitted,

**KRATZ & BARRY LLP**

/s/ R Touhey Myer
R Touhey Myer (NJ Bar ID 028912009)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Attorneys for Defendant,*
*Unichem Laboratories Limited*