Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5246
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Axsome Malta Ltd. and Axsome Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD., HIKMA PHARMACEUTICALS USA INC., SANDOZ INC., and UNICHEM LABORATORIES LTD.,**<br><br>**Defendants.** | Civil Action No. 23-20354 (MCA)(JBC)<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)**<br><br>**(Filed Electronically)** |

Application is hereby made for a Clerk's Order extending the time by 14 days within which Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (together, "Axsome") may answer, move, or otherwise reply to Defendant Alkem Laboratories Ltd.'s Answer to the Complaint, Affirmative Defenses, and Counterclaims (ECF No. 57), and it is represented that:

    1.    No previous extension has been obtained;

    2.    Service of Process was effected on December 18, 2023; and

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(B), Axsome's time to answer, move, or otherwise reply to Defendant Alkem Laboratories Ltd.'s Answer to the Complaint, Affirmative Defenses, and Counterclaims (ECF No. 57) expires on January 8, 2024.

Dated: January 2, 2024

By: <u>s/ Alexander L. Callo</u>
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Axsome Malta Ltd. and Axsome*
*Therapeutics, Inc.*

## **ORDER**

The above application is ORDERED GRANTED. Axsome's time to answer, move, or otherwise reply to Defendant Alkem Laboratories Ltd.'s Answer to the Complaint, Affirmative Defenses, and Counterclaims (ECF No. 57) is extended to and including January 22, 2024.

ORDER DATED: _____

MELISSA RHOADS, Clerk

By: _____
Clerk of Court