

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-6358

February 21, 2024

**VIA ECF**

Hon. Leda D. Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
Newark, NJ 07102
Trenton, NJ 08608

    Re:   *Axsome Malta Ltd., et al. v. Alkem Laboratories Ltd., et al.*, No. 2:23-cv-20354-MCA-LDW

Dear Judge Wettre:

    This firm, along with Sterne, Kessler, Goldstein & Fox PLLC, represents Defendant Sandoz Inc. in the above captioned matter. Together with Stone Conroy LLC and Wiley Rein LLP, counsel for Defendant Alkem Laboratories Ltd.; McNeely, Hare & War LLP, counsel for Defendant Aurobindo Pharma USA, Inc.; Cozen O'Connor, counsel for Defendants Hetero USA Inc., Hetero Labs Limited Unit-V, and Hetero Labs Ltd.; Midlige Richter, LLC and Winston & Strawn LLP, counsel for Defendant Hikma Pharmaceuticals USA, Inc.; and Kratz & Barry LLP, counsel for Unichem Laboratories Ltd.; we write to request a two-week extension, until March 7, 2024, for the parties to submit their Joint Discovery Confidentiality Order. *See* ECF No. 74. Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. do not oppose Defendants' request.

    The parties are continuing to work through some of the issues and content to be included in the Joint Discovery Confidentiality Order.

    If this request is amenable to the Court, Defendants respectfully request that Your Honor endorse **"So Ordered"** this letter and enter it on the docket.

    We thank the Court for its attention to this matter.

                                                                 Respectfully submitted,

                                                              */s/ Eric I. Abraham*
                                                              Eric I. Abraham, Esq.

**SO ORDERED:** The deadline for parties to submit their Joint Discovery Confidentiality Order is extended until March 7, 2024.

_____
HONORABLE LEDA DUNN WETTRE, U.S.M.J.