

Charles M. Lizza
Phone: (973) 286-6715
Fax:   (973) 286-6815
clizza@saul.com
www.saul.com

April 23, 2024

**VIA ECF**

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2060
Newark, New Jersey 07102

Re: *Axsome Malta Ltd., et al. v. Alkem Laboratories Ltd., et al.*
Civil Action No. 23-20354 (MCA)(LDW)

Dear Judge Wettre:

This firm, together with Quinn Emanuel, represents Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (together, "Plaintiffs") in this case. We write on behalf of all parties to update the Court prior to the April 30, 2024 11:30 a.m. status teleconference before Your Honor (*see* D.I. 88).

Plaintiffs have filed a total of eight (8) actions against the six (6) defendant groups. The latest of those actions was filed on April 5, 2024 (Civil Action No. 24-4608). All parties agree the seven later-filed actions should be consolidated with this first case. The parties filed a proposed consolidation order and revised case schedule on April 11, 2024 (D.I. 89). The parties are currently engaged in fact discovery. Also, pursuant to the Court's directive, the parties are discussing a potential mediator for these actions.

We look forward to discussing these and any other issues with Your Honor during the April 30 status teleconference. Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc: All counsel of record (via email)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP