IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME MALTA LTD., and AXSOME THERAPEUTICS, INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LIMITED, HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD., HIKMA PHARMACEUTICALS USA INC., SANDOZ INC., and UNICHEM LABORATORIES LIMITED,<br><br>*Defendants*. | C.A. No. 2:23-cv-20354-MCA-LDW<br>C.A. No. 2:23-cv-23255-MCA-LDW<br>C.A. No. 2:24-cv-00196-MCA-LDW<br>C.A. No. 2:24-cv-00309-MCA-LDW<br>C.A. No. 2:24-cv-00860-MCA-LDW<br>C.A. No. 2:24-cv-03999-MCA-LDW<br>C.A. No. 2:24-cv-04002-MCA-LDW<br>C.A. No. 2:24-cv-04608-MCA-LDW<br><br>(Consolidated)<br><br>(Filed Electronically) |

**STIPULATION AND ORDER REGARDING
DEFENDANT, UNICHEM LABORATORIES LTD.'S RESPONSE TO COMPLAINT**

WHEREAS, on or about December 20, 2023, Plaintiffs filed their Complaint for Patent Infringement in Civil Action No. 2:23-cv-23255-MCA-LDW;

WHEREAS, on or about April 5, 2024, Plaintiffs filed their Complaint for Patent Infringement in Civil Action No. 2:24-cv-04608-MCA-LDW;

WHEREAS, on April 11, 2024, the parties filed a Proposed Order of Consolidation and Scheduling Order (the "Proposed Consolidation and Scheduling Order") in the anticipated lead case as captioned *Axsome Malta Ltd, et al. v. Alkem Laboratories Ltd., et al.*, U.S.D.C.(D.N.J.), C.A. No. 2:23-cv-20354-MCA-LDW, seeking to consolidate this case and set case deadlines;

WHEREAS, the Court has now entered the Proposed Consolidation and Scheduling Order (ECF No. 99);

WHEREAS, the Court previously granted the Stipulation and Proposed Order extending the deadline by which Defendant, Unichem Laboratories Limited (herein, "Unichem") would move, answer or otherwise respond to the Complaint in the matter bearing Civil Action No. 2:23-cv-23255 to May 31, 2024 (ECF No. 19 in that matter);

WHEREAS, the Court previously granted the Stipulation and Proposed Order extending the deadline by which Unichem would move, answer, or otherwise respond to the Complaint in the matter bearing Civil Action No. 2:24-cv-04608 to May 31, 2024 (ECF No. 21 in that matter);

WHEREAS, the parties hereto stipulate and agree, subject to the Order of the Court, that the deadline by which Defendant, Unichem Laboratories Limited, shall move, answer or otherwise respond to the Complaints as filed in the actions bearing Civil Action Nos. 2:23-cv-23255 and 2:24-cv-04608 (now consolidated under lead case 2:23-cv-20354) shall be a further extended two weeks to June 14, 2024, the date by which Unichem shall move, answer or otherwise respond to the Complaints.

SO STIPULATED on May 30, 2024.

| | |
|---|---|
| **SAUL EWING LLP** | **KRATZ & BARRY LLP** |
| /s/ Alexander L. Callo | /s/ R Touhey Myer |
| Charles M. Lizza | R Touhey Myer |
| William C. Baton | 800 N. West Street |
| Sarah A. Sullivan | Wilmington, DE 19801 |
| Alexander L. Callo | (302) 527-9378 |
| One Riverfront Plaza, Suite 1520 | tmyer@kratzandbarry.com |
| Newark, NJ 07102-5426 | |
| (973) 286-6700 | *Attorneys for Defendant,* |
| clizza@saul.com | *Unichem Laboratories Limited* |
| wbaton@saul.com | |
| sarah.sulivan@saul.com | |
| alexander.callo@saul.com | |

*Attorneys for Plaintiffs,*
*Axsome Malta Ltd.*
*and Axsome Therapeutics, Inc.*

SO ORDERED this __31st__ day of _____May_____, 2024.

_____
Hon. Leda Dunn Wettre, U.S.M.J.

3