

Charles M. Lizza
Phone:  (973) 286-6715
Fax:  (973) 286-6815
clizza@saul.com
www.saul.com

June 5, 2024

**VIA ECF**

The Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

> Re:   *Axsome Malta Ltd., et al. v. Alkem Laboratories Ltd., et al.*
>        Civil Action No. 23-20354 (MCA)(LDW) (consolidated)

Dear Judge Arleo:

This firm, together with Quinn Emanuel, represents Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (together, "Axsome") in the above-captioned matter.

We are pleased to inform the Court that Axsome and Defendant Unichem Laboratories Ltd. ("Unichem") have reached an amicable resolution of this matter.  Accordingly, enclosed for Your Honor's consideration is a Stipulation and Order of Dismissal, which, subject to Your Honor's approval, would dismiss this case as between Axsome and Unichem only.  This case will continue with respect to the remaining defendants.  If the enclosed Stipulation and Order of Dismissal meets with the Court's approval, we respectfully request that Your Honor sign it and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

Enclosure
cc:   Hon. Leda D. Wettre, U.S.M.J. (via ECF)
        All counsel of record (via email)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Axsome Malta Ltd. and*
*Axsome Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LIMITED, HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD. HIKMA PHARMACEUTICALS USA., SANDOZ INC., and UNICHEM LABORATORIES LTD.,**<br><br>**Defendants.** | **Civil Action No. 23-20354 (MCA)(LDW)**<br>**Civil Action No. 23-23255 (MCA)(LDW)**<br>**Civil Action No. 24-196 (MCA)(LDW)**<br>**Civil Action No. 24-309 (MCA)(LDW)**<br>**Civil Action No. 24-860 (MCA)(LDW)**<br>**Civil Action No. 24-3999 (MCA)(LDW)**<br>**Civil Action No. 24-4002 (MCA)(LDW)**<br>**Civil Action No. 24-4608 (MCA)(LDW)**<br>**(Consolidated)**<br><br>**(Filed Electronically)** |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by agreement between

Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (collectively, "Axsome") and

Defendant Unichem Laboratories Ltd. ("Unichem") (together with Axsome, the "Parties"), the

Parties stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the

Parties against each other in the above-captioned action are hereby dismissed without prejudice, and without costs or attorneys' fees to the Parties.

The dismissal of this matter with respect to Unichem shall not result in the dismissal of any claims, defenses, and/or counterclaims with respect to any other defendant.

Axsome and Unichem stipulate that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes relating to the subject matter of the action as between Axsome and Unichem.

**SO STIPULATED on this 5th day of June, 2024:**

By:  s/ Charles M. Lizza
　　　Charles M. Lizza
　　　William C. Baton
　　　Sarah A. Sullivan
　　　Alexander L. Callo
　　　SAUL EWING LLP
　　　One Riverfront Plaza, Suite 1520
　　　Newark, NJ 07102-5426
　　　(973) 286-6700
　　　clizza@saul.com

　　　*Attorneys for Plaintiffs*
　　　*Axsome Malta Ltd. and*
　　　*Axsome Therapeutics, Inc.*

By:  s/ R. Touhey Myer
　　　R. Touhey Myer
　　　NJ Bar ID 028912009
　　　KRATZ & BARRY LLP
　　　800 N. West Street
　　　Wilmington, DE 19801
　　　(302) 527-9378
　　　tmyer@kratzandbarry.com

　　　*Attorney for Defendant*
　　　*Unichem Laboratories Ltd.*

**SO ORDERED:**

This _____ day of _____, 2024

_____
Hon. Madeline Cox Arleo, U.S.D.J.