Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Axsome Malta Ltd. and*
*Axsome Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,** | **Civil Action No. 23-20354 (MCA)(LDW)** |
| **Plaintiffs,** | **Civil Action No. 23-23255 (MCA)(LDW)** |
| **v.** | **Civil Action No. 24-196 (MCA)(LDW)** |
| | **Civil Action No. 24-309 (MCA)(LDW)** |
| **ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LIMITED, HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD. HIKMA PHARMACEUTICALS USA., SANDOZ INC., and UNICHEM LABORATORIES LTD.,** | **Civil Action No. 24-860 (MCA)(LDW)** |
| | **Civil Action No. 24-3999 (MCA)(LDW)** |
| | **Civil Action No. 24-4002 (MCA)(LDW)** |
| | **Civil Action No. 24-4608 (MCA)(LDW)** |
| | **(Consolidated)** |
| **Defendants.** | **(Filed Electronically)** |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by agreement between

Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (collectively, "Axsome") and

Defendant Unichem Laboratories Ltd. ("Unichem") (together with Axsome, the "Parties"), the

Parties stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the

Parties against each other in the above-captioned action are hereby dismissed without prejudice, and without costs or attorneys' fees to the Parties.

The dismissal of this matter with respect to Unichem shall not result in the dismissal of any claims, defenses, and/or counterclaims with respect to any other defendant.

Axsome and Unichem stipulate that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes relating to the subject matter of the action as between Axsome and Unichem.

**SO STIPULATED on this 5th day of June, 2024:**

By: _s/ Charles M. Lizza_                            By: _s/ R. Touhey Myer_
       Charles M. Lizza                               R. Touhey Myer
       William C. Baton                            NJ Bar ID 028912009
       Sarah A. Sullivan                         KRATZ & BARRY LLP
       Alexander L. Callo                     800 N. West Street
       SAUL EWING LLP                     Wilmington, DE 19801
       One Riverfront Plaza, Suite 1520     (302) 527-9378
       Newark, NJ 07102-5426            tmyer@kratzandbarry.com
       (973) 286-6700
       clizza@saul.com                        *Attorney for Defendant*
                                         *Unichem Laboratories Ltd.*
       *Attorneys for Plaintiffs*
       *Axsome Malta Ltd. and*
       *Axsome Therapeutics, Inc.*

**SO ORDERED:**

This 14th day of June, 2024

 

_____
Hon. Madeline Cox Arleo, U.S.D.J.