

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-8358

August 13, 2024

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *Axsome Maolta Ltd., et al v. Alkem Laboratoires Ltd. et al.*
      Civil Action No. 2:23-cv-20354-MCA-LDW (CONSOLIDATED)

Dear Judge Wettre,

This firm represents Defendant Sandoz Inc. ("Sandoz") in the above-referenced matter.

We write pursuant to Local Civil Rule 101.l(c)(5) to respectfully request that the Court approve the withdrawal of Jamie Dohopolski, Esq. of Sterne, Kessler, Goldstein & Fox P.L.L.C. as *pro hac vice* counsel for Sandoz. Ms. Dohopolski was admitted *pro hac vice* by the Court's November 14, 2023 Order (Dkt. 27). Sandoz will continue to be represented by the law firms of Hill Wallack LLP and Sterne, Kessler, Goldstein & Fox P.L.L.C. in this action.

If Your Honor approves, we respectfully request that Your Honor "So Order" this letter and have it filed on the docket. We thank the Court for its time and attention to this matter.

> Respectfully submitted,
> /s/ *Eric Abraham*
> Eric I. Abraham

cc:   All Counsel of Record (via ECF)


**SO ORDERED** on this _____ day of
_____, 2024.


_____
Honorable Leda Dunn Wettre, U.S.M.J.