

Charles M. Lizza
Phone: (973) 286-6715
Fax:  (973) 286-6815
clizza@saul.com
www.saul.com

August 20, 2024

**VIA ECF**

The Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Axsome Malta Ltd., et al. v. Alkem Laboratories Ltd., et al.*
            Civil Action No. 23-20354 (MCA)(LDW) (consolidated)

Dear Judge Arleo:

    This firm, together with Quinn Emanuel, represents Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (together, "Axsome") in the above-captioned matter.

    We are pleased to inform the Court that Axsome and Defendant Sandoz Inc. ("Sandoz") have reached an amicable resolution of this matter. Accordingly, enclosed for Your Honor's consideration is a Stipulation and Order of Dismissal, which, subject to Your Honor's approval, would dismiss this case as between Axsome and Sandoz only. This case will continue with respect to the remaining defendants. If the enclosed Stipulation and Order of Dismissal meets with the Court's approval, we respectfully request that Your Honor sign it and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

                                                              Respectfully yours,

                                                              Charles M. Lizza

Enclosure
cc:    Hon. Leda D. Wettre, U.S.M.J. (via ECF)
        All counsel of record (via email)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com
wbaton@saul.com
sarah.sullivan@saul.com
alexander.callo@saul.com

*Attorneys for Plaintiffs*
*Axsome Malta Ltd. and Axsome Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LIMITED, HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD., HIKMA PHARMACEUTICALS USA INC., SANDOZ INC., and UNICHEM LABORATORIES LTD., <br><br> *Defendants*. | C.A. No. 23-20354 (MCA)(LDW) <br> C.A. No. 23-23255 (MCA)(LDW) <br> C.A. No. 24-196 (MCA)(LDW) <br> C.A. No. 24-309 (MCA)(LDW) <br> C.A. No. 24-860 (MCA)(LDW) <br> C.A. No. 24-3999 (MCA)(LDW) <br> C.A. No. 24-4002 (MCA)(LDW) <br> C.A. No. 24-4608 (MCA)(LDW) <br> (consolidated) <br><br> (Filed electronically) |

## STIPULATION AND ORDER OF DISMISSAL

On Sandoz Inc. ("Sandoz") having withdrawn its ANDA for a generic equivalent of Sunosi (solriamfetol), Sandoz along with Axsome Malta Ltd. & Axsome Therapeutics, Inc. (collectively, "Axsome") (together with Sandoz, the "Parties") stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims, counterclaims, and affirmative defenses asserted by the Parties against each other in the above-captioned action are hereby dismissed without prejudice, and without costs or attorneys' fees to the Parties.

The dismissal of this matter with respect to Sandoz shall not result in the dismissal of any claims, defenses, and/or counterclaims with respect to any other defendant.

**SO STIPULATED on this 20th day of August, 2024:**

| Respectfully Submitted by: | Respectfully Submitted by: |
|---|---|
| s/ Charles M. Lizza | s/ Eric I. Abraham |
| Charles M. Lizza | Eric I. Abraham |
| William C. Baton | William Murtha |
| Sarah A. Sullivan | HILL WALLACK LLP |
| Alexander L. Callo | 21 Roszel Road, P.O. Box 5226 |
| SAUL EWING LLP | Princeton, NJ 08543 |
| One Riverfront Plaza, Suite 1520 | (609) 734-6358 |
| Newark, NJ 07102 | eabraham@hillwallack.com |
| (973) 286-6700 | wmurtha@hillwallack.com |
| clizza@saul.com | |
| wbaton@saul.com | *Attorneys for Defendant* |
| sarah.sullivan@saul.com | *Sandoz Inc.* |
| alexander.callo@saul.com | |
| | |
| *Attorneys for Plaintiffs* | |
| *Axsome Malta Ltd. and* | |
| *Axsome Therapeutics, Inc.* | |

1

**SO ORDERED this \_\_\_\_\_ day of August, 2024:**

_____
The Honorable Madeline Cox Arleo
United States District Judge