# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LIMITED, HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD., HIKMA PHARMACEUTICALS USA INC., SANDOZ INC., and UNICHEM LABORATORIES LTD.,**<br><br>Defendants. | Civil Action No. 23-20354 (MCA)(LDW)<br>Civil Action No. 23-23255 (MCA)(LDW)<br>Civil Action No. 24-196 (MCA)(LDW)<br>Civil Action No. 24-309 (MCA)(LDW)<br>Civil Action No. 24-860 (MCA)(LDW)<br>Civil Action No. 24-3999 (MCA)(LDW)<br>Civil Action No. 24-4002 (MCA)(LDW)<br>Civil Action No. 24-4608 (MCA)(LDW)<br>**(consolidated)**<br><br>**(Filed Electronically)** |
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**AUROBINDO PHARMA USA, INC. and AUROBINDO PHARMA LIMITED,**<br><br>Defendants. | Civil Action No. 24-7511 (MCA)(LDW)<br><br>**(Filed Electronically)** |
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALKEM LABORATORIES LTD.,**<br><br>Defendant. | Civil Action No. 24-8365 (MCA)(LDW)<br><br>**(Filed Electronically)** |

| | |
|---|---|
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**AUROBINDO PHARMA USA, INC. and AUROBINDO PHARMA LIMITED,**<br><br>　　　　Defendants. | **Civil Action No. 24-8624 (MCA)(LDW)**<br><br>**(Filed Electronically)** |
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LIMITED, HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD., and HIKMA PHARMACEUTICALS USA INC.,**<br><br>　　　　Defendants. | **Civil Action No. 24-9209**<br><br>**(Filed Electronically)** |

## STIPULATED CONSOLIDATION AND SCHEDULING ORDER

**WHEREAS**, on September 13, 2023, Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (together, "Axsome" or "Plaintiffs") filed Civil Action No. 23-20354 ("Main Action") in this Judicial District against Defendants Alkem Laboratories Ltd. ("Alkem"), Aurobindo Pharma USA, Inc. ("Aurobindo USA"), Hetero USA Inc., Hetero Labs Limited Unit-V, and Hetero Labs Ltd. (collectively, "Hetero"), Hikma Pharmaceuticals USA Inc. ("Hikma"), Sandoz Inc. ("Sandoz"), and Unichem Laboratories Ltd. ("Unichem");

2

**WHEREAS**, on May 22, 2024, the Court consolidated related Civil Action Nos. 23-23255, 24-196, 24-309, 24-860, 24-3999, 24-4002, and 24-4608 into the Main Action (*see* ECF No. 99);

**WHEREAS**, on June 14, 2024, the Court dismissed Unichem from the Main Action (ECF No. 103);

**WHEREAS**, on July 2, 2024, Axsome filed related Civil Action No. 24-7511 in this Judicial District against Aurobindo USA and Aurobindo Pharma Limited (together, "Aurobindo," and collectively with Alkem, Hetero, and Hikma, "Defendants");

**WHEREAS**, on August 8, 2024, Axsome filed related Civil Action No. 24-8365 in this Judicial District against Alkem;

**WHEREAS**, on August 21, 2024, Axsome filed related Civil Action No. 24-8624 in this Judicial District against Aurobindo;

**WHEREAS**, on September 9, 2024, the Court dismissed Sandoz from the Main Action (ECF No. 108);

**WHEREAS**, on September 16, 2024, Axsome filed related Civil Action No. 24-9209 in this Judicial District against Defendants;

**WHEREAS**, each of the above-captioned actions relate to Axsome's allegations of infringement of patents listed in the FDA's publication entitled "Approved Drug Products with Therapeutics Equivalence Evaluations" (the "Orange Book") for Axsome's Sunosi® (solriamfetol) drug product; and

**WHEREAS**, Axsome and Defendants jointly request that the above-captioned actions be consolidated;

**IT IS** on this 24th day of        September       , 2024,

**ORDERED** that Civil Action Nos. 23-20354, 24-7511, 24-8365, 24-8624, and 24-9209 are consolidated for all purposes, including discovery, case management, and trial, subject to further order of the Court;

**IT IS FURTHER ORDERED** that all filings in the Main Action shall use the following caption:

| | |
|---|---|
| AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LIMITED, HETERO USA INC., HETERO LABS LIMITED UNIT-V, HETERO LABS LTD., and HIKMA PHARMACEUTICALS USA INC., <br><br> Defendants. | Civil Action No. 23-20354 (MCA)(LDW) (consolidated) <br><br> (Filed Electronically) |

**IT IS FURTHER ORDERED** that all filings going forward shall be filed in the Main Action and that Civil Action Nos. 24-7511, 24-8365, 24-8624, and 24-9209 shall be administratively terminated by the Clerk's office;

**IT IS FURTHER ORDERED** that the Main Action shall proceed on the following amended schedule:

| Event | Current Date (ECF No. 99) | Amended Date |
|---|---|---|
| Plaintiffs file Complaint to bring all currently-issued patents against relevant Defendants | N/A | 09/16/2024 |

| | | |
|---|---|---|
| Defendants' Answers and Counterclaims to all outstanding Complaints | N/A | 09/23/2024 |
| Plaintiffs' Answer to Defendants' Answers and Counterclaims | N/A | 10/11/2024 |
| Plaintiffs to Provide Updated Disclosure of Asserted Claims | N/A | 10/11/2024 |
| Parties to Exchange Updated Rule 26(a)(1) Initial Disclosures | N/A | 10/11/2024 |
| Each Defendant Group to Provide Non-Infringement Contentions for Newly-Asserted Patents | N/A | 10/25/2024 |
| Defendants to Provide Joint Invalidity Contentions for Newly-Asserted Patents | N/A | 10/25/2024 |
| Plaintiffs to Provide Infringement Contentions to each Defendant Group for All Asserted Patents | 10/28/2024 | 12/20/2024 |
| Plaintiffs to Respond to Defendants' Joint Invalidity Contentions for All Asserted Patents | 10/28/2024 | 12/20/2024 |
| Parties to Exchange Proposed Claim Terms for Construction | 11/8/2024 | 01/10/2025 |
| Parties to Exchange Preliminary Claim Constructions | 11/22/2024 | 01/24/2025 |
| Parties to Exchange Evidence Opposing Claim Constructions | 12/13/2024 | 02/14/2025 |
| Joint Claim Construction and Prehearing Statement | 12/20/2024 | 02/14/2025 |
| Complete all non-expert *Markman* discovery | 1/10/2025 | 03/07/2025 |

5

| | | |
|---|---|---|
| Opening *Markman* briefs | 1/31/2025 | 03/28/2025 |
| Complete all expert *Markman* discovery | 2/21/2025 | 04/18/2025 |
| Substantial Completion of Document Production | 4/18/2025 | 4/18/2025 |
| Responsive *Markman* briefs | 5/9/2025 | 05/30/2025 |
| Parties Jointly Propose *Markman* hearing schedule | 5/16/2025 | 06/06/2025 |
| *Markman* hearing | TBD | TBD |
| Deadline for Motions to Amend or to Add Parties | 5/30/2025 | 06/13/2025 |
| Close of Fact Discovery | 9/19/2025 | 10/17/2025 |
| Parties Exchange Opening Expert Reports on All Issues for which Party Bears Burden of Proof | TBD | TBD |
| Parties Exchange Responsive Expert Reports | TBD | TBD |
| Reply Expert Reports | TBD | TBD |
| Close of Expert Discovery | TBD | TBD |
| Submission of the Parties' Joint Pretrial Order | TBD | TBD |
| Final Pretrial Conference | TBD | TBD |
| Trial | TBD | TBD |
| 30 Month Stay Expires | 12/17/2026 | 12/17/2026 |

**SO ORDERED.**

_____
Hon. Leda Dunn Wettre, U.S.M.J.

SO STIPULATED on September 17, 2024:

| | |
|---|---|
| s/ Sarah A. Sullivan | s/ Rebekah R. Conroy |
| Charles M. Lizza | Rebekah R. Conroy, Esq. |
| William C. Baton | **STONE CONROY LLC** |
| Sarah A. Sullivan | 25A Hanover Road, Suite 301 |
| Alexander L. Callo | Florham Park, New Jersey 07932 |
| SAUL EWING LLP | rconroy@stoneconroy.com |
| One Riverfront Plaza, Suite 1520 | |
| Newark, New Jersey 07102-5426 | *Attorneys for Defendant* |
| (973) 286-6700 | *Alkem Laboratories, Ltd.* |
| clizza@saul.com | |
| | s/ James S. Richter |
| OF COUNSEL: | James S. Richter |
| | MIDLIGE RICHTER, LLC |
| F. Dominic Cerrito | jrichter@midlige-richter.com |
| Eric C. Stops | |
| Evangeline Shih | OF COUNSEL: |
| Gabriel P. Brier | |
| Frank C. Calvosa | Charles B. Klein (admitted *pro hac vice*) |
| Brian J. Forsatz, PhD | Jovial Wong (admitted *pro hac vice*) |
| Abigail E. DeMasi | Sharon Lin (admitted *pro hac vice*) |
| Shira M. Bergman | Lauren Rennecker (admitted *pro hac vice*) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WINSTON & STRAWN LLP |
| 51 Madison Avenue, 22nd Floor | 1901 K Street, N.W. Washington, DC 20036 |
| New York, New York 10010 | (Tel.) (202) 282-5000 |
| (212) 849-7000 | (Fax) (202) 282-5100 |
| | cklein@winston.com |
| *Attorneys for Plaintiffs* | jwong@winston.com |
| *Axsome Malta Ltd. and* | slin@winston.com |
| *Axsome Therapeutics, Inc.* | lrennecker@winston.com |
| | |
| | *Attorneys for Defendant* |
| | *Hikma Pharmaceuticals USA Inc.* |

7

s/ Kaan Ekiner
Kaan Ekiner (#027582011)
**COZEN O'CONNOR**
1201 N. Market Steet, Suite 1001
Wilmington, DE 19801
(302) 295-2000
kekiner@cozen.com

*Attorneys for Defendants
Hetero USA Inc., Hetero Labs Limited Unit-V,
and Hetero Labs Ltd.*

s/ William D. Hare
William D. Hare
(NJ Bar ID 374982021)
MCNEELY, HARE & WAR, LLP
12 Roszel Road, Suite C104
Princeton, NJ 08540
(202) 640-1801
bill@miplaw.com

*Attorneys for Defendants
Aurobindo Pharma USA, Inc. and
Aurobindo Pharma Limited*
