

Sarah A. Sullivan
Phone: (973) 286-6728
Fax: (973) 286-6800
Sarah.Sullivan@saul.com
www.saul.com

September 30, 2024

**VIA ECF**

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re: *Axsome Malta Ltd., et al. v. Alkem Laboratories Ltd., et al.*
Civil Action No. 23-20354 (MCA)(LDW) (consolidated)

Dear Judge Wettre:

    This firm, together with Quinn Emanuel, represents Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (together, "Axsome") in the above-captioned matter. We write on behalf of all parties regarding a typographical error that was in the Consolidation and Scheduling Order that the parties submitted, which was entered by the Court on September 24, 2024 (D.I. 110) ("Scheduling Order"). The Scheduling Order sets the same date (February 14, 2025) for the parties to exchange evidence opposing claim construction and file the Joint Claim Construction and Prehearing Statement. The date for the Joint Claim Construction and Prehearing Statement, however, should be February 21, 2025. Accordingly, there is a form of endorsement below that would correct this error. All other dates in the Scheduling Order will remain unchanged. If this meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*Sarah A. Sullivan*

Sarah A. Sullivan

cc: All counsel (via email)

SO ORDERED on this <u>1st</u> day of <u>  October  </u>, 2024 that the date for submission of the Joint Claim Construction Statement set forth in the September 24 Consolidation and Scheduling Order (D.I. 110) is hereby moved from February 14 to February 21, 2025. All other dates remain unchanged.

*Leda Dunn Wettre*
_____
Hon. Leda D. Wettre, U.S.M.J.

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP