

Charles M. Lizza

Phone: (973) 286-6715

Fax: (973) 286-6815

clizza@saul.com

www.saul.com

January 27, 2025

**VIA ECF**

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2060
Newark, New Jersey 07102

Re: *Axsome Malta Ltd., et al. v. Alkem Laboratories Ltd., et al.*
 Civil Action No. 23-20354 (MAC)(LDW) (consolidated)

Dear Judge Wettre:

This firm, together with Quinn Emanuel, represents Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (together, "Axsome") in the above-captioned matter. We write on behalf of all parties to update the Court on the status of the case in advance of the February 3, 2025 2:30 p.m. status teleconference with Your Honor. The parties completed contentions in December 2024 and this case is currently in the *Markman* phase, with the parties set to complete *Markman* activities on June 6, 2025 (the deadline for the Jointly Proposed *Markman* Hearing Schedule). Subject to Your Honor's approval, because there are no issues ripe for Your Honor's consideration at this time, the parties respectfully request that the teleconference be rescheduled.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

cc: All counsel of record (via email)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP