

Charles M. Lizza  
Phone: (973) 286-6715  
Fax: (973) 286-6815  
clizza@saul.com  
www.saul.com

March 5, 2025

**VIA ECF**

The Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Axsome Malta Ltd., et al. v. Alkem Laboratories Ltd., et al.*
             Civil Action No. 23-20354 (MCA)(LDW) (consolidated)

    Re:   *Axsome Malta Ltd., et al. v. Hikma Pharmaceuticals USA, Inc.*
             Civil Action No. 24-10620 (MCA)(LDW) (consolidated)

Dear Judge Arleo:

    This firm, together with Quinn Emanuel, represents Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (together, "Axsome") in the above-captioned matters.

    We are pleased to inform the Court that Axsome and Defendant Hikma Pharmaceuticals USA, Inc. ("Hikma") have reached an amicable resolution of these matters. Accordingly, enclosed for Your Honor's consideration are Stipulations and Orders of Dismissal, which, subject to Your Honor's approval, would dismiss these cases as between Axsome and Hikma. Civil Action No. 23-20354 will continue with respect to the remaining defendants. If the enclosed Stipulations and Orders of Dismissal meet with the Court's approval, we respectfully request that Your Honor sign them and have them entered on their respective dockets.

    Thank you for Your Honor's kind attention to these matters.

Respectfully yours,

*/s/ Charles M. Lizza*

Charles M. Lizza

Enclosures
cc:   Hon. Leda D. Wettre, U.S.M.J. (via ECF)
       All counsel of record (via email)

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com
wbaton@saul.com
sarah.sullivan@saul.com
alexander.callo@saul.com

*Attorneys for Plaintiffs*
*Axsome Malta Ltd. and Axsome Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALKEM LABORATORIES LTD., et al.,<br><br>*Defendants*. | C.A. No. 23-20354 (MCA)(LDW) (consolidated)<br><br>(Filed electronically) |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), and by agreement between Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (collectively, "Axsome") and Defendant Hikma Pharmaceuticals USA, Inc. ("Hikma," and together with Axsome, the "Parties"), the Parties stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties against each other in the above-captioned action are hereby dismissed without prejudice, and without costs or attorneys' fees to any party.

The dismissal of this matter with respect to Hikma shall not result in the dismissal of any

claims, defenses, and/or counterclaims with respect to any other defendant.

The Parties stipulate that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes relating to the subject matter of the above-captioned action.

| | |
|---|---|
| March 5, 2025 | SO STIPULATED: |
| s/ Charles M. Lizza | s/ James S. Richter |
| Charles M. Lizza | James S. Richter |
| William C. Baton | MIDLIGE RICHTER, LLC |
| Sarah A. Sullivan | 645 Martinsville Road |
| Alexander L. Callo | Basking Ridge, NJ 07920 |
| SAUL EWING LLP | (908) 626-0622 |
| One Riverfront Plaza, Suite 1520 | |
| Newark, NJ 07102 | *Attorneys for Defendant* |
| (973) 286-6700 | *Hikma Pharmaceuticals USA Inc.* |
| clizza@saul.com | |
| wbaton@saul.com | |
| sarah.sullivan@saul.com | |
| alexander.callo@saul.com | |

*Attorneys for Plaintiffs*
*Axsome Malta Ltd. and*
*Axsome Therapeutics, Inc.*

**SO ORDERED** this _____ day of March, 2025:

_____
The Honorable Madeline Cox Arleo
United States District Judge

2

Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com
wbaton@saul.com
sarah.sullivan@saul.com
alexander.callo@saul.com

*Attorneys for Plaintiffs*
*Axsome Malta Ltd. and Axsome Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA, INC., <br><br> *Defendant.* | C.A. No. 24-10620 (MCA)(LDW) (consolidated) <br><br> (Filed electronically) |

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), and by agreement between Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (collectively, "Axsome") and Defendant Hikma Pharmaceuticals USA, Inc. ("Hikma," and together with Axsome, the "Parties"), the Parties stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties against each other in the above-captioned action are hereby dismissed without prejudice, and without costs or attorneys' fees to any party.

The Parties stipulate that the U.S. District Court for the District of New Jersey retains

jurisdiction to enforce and resolve any disputes relating to the subject matter of the above-captioned action.

| | |
|---|---|
| March 5, 2025 | SO STIPULATED: |
| s/ Charles M. Lizza | s/ James S. Richter |
| Charles M. Lizza | James S. Richter |
| William C. Baton | MIDLIGE RICHTER, LLC |
| Sarah A. Sullivan | 645 Martinsville Road |
| Alexander L. Callo | Basking Ridge, NJ 07920 |
| SAUL EWING LLP | (908) 626-0622 |
| One Riverfront Plaza, Suite 1520 | |
| Newark, NJ 07102 | *Attorneys for Defendant* |
| (973) 286-6700 | *Hikma Pharmaceuticals USA Inc.* |
| clizza@saul.com | |
| wbaton@saul.com | |
| sarah.sullivan@saul.com | |
| alexander.callo@saul.com | |

*Attorneys for Plaintiffs
Axsome Malta Ltd. and
Axsome Therapeutics, Inc.*

**SO ORDERED this \_\_\_\_\_ day of March, 2025:**

                                          The Honorable Madeline Cox Arleo
                                          United States District Judge