# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME MALTA LTD., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>ALKEM LABORATORIES LTD., *et al.*,<br><br>      Defendants. | Civil Action No.<br><br>23-20354 (SRC) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a December 3, 2025 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 4th day of December 2025, ORDERED** that the Pretrial Scheduling Order entered January 18, 2024 (ECF 74), as subsequently amended, is hereby further amended as follows:

1. The parties shall file and serve their opening *Markman* submissions pursuant to L. Pat. R. 4.5(a) on or before **January 22, 2026**.

2. The parties shall complete expert discovery pertaining to *Markman* issues on or before **February 19, 2026**.

3. The parties shall file and serve their responding *Markman* submissions on or before **March 20, 2026**.

4. On or before **March 25, 2026**, the parties shall submit to the Court a proposed schedule for a *Markman* hearing.

5. All affirmative expert reports shall be delivered by **April 30, 2026**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

6. All responding expert reports shall be delivered by **June 5, 2026**. Any such report shall comport with the form and content requirements referenced above.

7. All reply expert reports shall be delivered by **July 6, 2026**. Any such report shall comport with the form and content requirements referenced above.

8. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **August 14, 2026**.

9. The parties shall file a proposed Final Pretrial Order in compliance with the form and content requirements of the Hon. Stanley R. Chesler, U.S.D.J. no later than **September 4, 2026**. All parties are responsible for the timely submission of the Final Pretrial Order.

10. The parties shall appear for an in-person Final Pretrial Conference before the undersigned pursuant to Fed. R. Civ. P. 16(e) on **September 10, 2026 at 10:00 a.m.** in Courtroom 3C of the Martin Luther King Jr. Federal Building and U.S. Courthouse.

11. The parties shall appear for a telephonic status conference before the undersigned on **February 4, 2026 at 4:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 629 493 226#.

                                              *s/ Leda Dunn Wettre*
                                              Hon. Leda Dunn Wettre
                                              United States Magistrate Judge