Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Axsome Malta Ltd. and Axsome Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ALKEM LABORATORIES LTD., AUROBINDO PHARMA USA, INC., and AUROBINDO PHARMA LIMITED,**<br><br>**Defendants.** | Civil Action No. 23-20354 (SRC)(LDW) (consolidated)<br><br>Civil Action No. 24-10617 (SRC)(LDW) (consolidated)<br><br>(Filed Electronically) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the District of Columbia office of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc., has changed its address to:

Quinn Emanuel Urquhart & Sullivan, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004

PLEASE TAKE FURTHER NOTICE that email addresses and phone numbers have remained the same.

Dated: January 7, 2026

Respectfully submitted,

s/ Charles M. Lizza
Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

OF COUNSEL:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Gabriel P. Brier
Frank C. Calvosa
Abigail E. DeMasi
Shira M. Bergman
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000

Akilesh Shastri
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
(202) 538-8000

*Attorneys for Plaintiffs*
*Axsome Malta Ltd. and*
*Axsome Therapeutics, Inc.*