CL

Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Axsome Malta Ltd. and Axsome Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALKEM LABORATORIES LTD., et al.,<br><br>Defendants. | **Civil Action Nos. 23-20354 & 24-10617 (SRC)(LDW) (CONSOLIDATED)**<br><br>**(Filed Electronically)** |
| AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA USA INC. and AUROBINDO PHARMA LIMITED,<br><br>Defendants. | **Civil Action Nos. 25-17592 & 26-1580 (SRC)(LDW)**<br><br>**(Filed Electronically)** |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and by agreement between

Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. (collectively, "Axsome"), and

- 1 -

Defendants Aurobindo Pharma USA Inc. and Aurobindo Pharma Limited (collectively, "Aurobindo," and together with Axsome, the "Parties"), the Parties stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties against each other in the above-captioned actions are hereby dismissed without prejudice, and without costs or attorneys' fees to any party.

The dismissal of these matters with respect to Aurobindo shall not result in the dismissal of any claims, defenses, and/or counterclaims with respect to any other defendant.

The Parties stipulate that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes relating to the subject matter of the above-captioned actions.

- 3 -

**SO STIPULATED** on June 3, 2026**:**

By:  s/ Charles M. Lizza
  Charles M. Lizza
  Sarah A. Sullivan
  Alexander L. Callo
  SAUL EWING LLP
  One Riverfront Plaza, Suite 1520
  Newark, NJ 07102-5426
  (973) 286-6700

  *Attorneys for Plaintiffs*
  *Axsome Malta Ltd. and*
  *Axsome Therapeutics, Inc.*

By:  s/ William D. Hare
  William D. Hare
  Christopher Casieri
  McNeely, Hare & War, LLP
  12 Roszel Road, Suite C104
  Princeton, NJ 08540
  (202) 640-1801

  *Attorney for Defendants*
  *Aurobindo USA, Inc. and Aurobindo*
  *Pharma Limited*

**SO ORDERED:**

This  4th  day of   June  , 2026

     s/ Stanley R. Chesler

     Hon. Stanley R. Chesler, U.S.D.J.